IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

---

ALLEN J. RICHARDS

    Plaintiff,

v.

TOMAS PAPADOPOULOS and AUTO SPORTS DESIGN, INC.

    Defendant.

Civil Action No. 1:19-cv-957-AJT-IDD

---

## NOTICE AND STIPULATION OF DISMISSAL WITH PREJUDICE

**WHEREAS**, Allen J. Richards ("Richards"), Tomas Papadopoulos ("Papadopoulos) and Auto Sport Designs, Inc. entered into a Confidential Settlement Agreement and Release of Claims, disposing of all claims and counterclaims asserted in the above-captioned action (the "Action");

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and among the parties, through their respective undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Action shall be, and hereby is, dismissed with prejudice, each party to bear its own costs, attorneys' fees, and expenses, and each party to waive its rights of appeal. This Court shall retain jurisdiction to the extent necessary to adjudicate any dispute relating to the Confidential Settlement Agreement and Release of Claims.

Dated: December 16, 2019

So ordered
12/17/19

_____
Anthony J. Trenga
United States District Judge

Respectfully submitted,

ALLEN RICHARDS (Plaintiff)

BY: /s/ Peter C. Grenier
Peter C. Grenier
**Grenier Law Group PLLC**
VSB # 50997
1920 L Street, N.W.
Suite 750
Washington D.C. 20036
Phone: (202) 768-9600
Fax: (202) 768-9604
Email: pgrenier@grenierlawgroup.com
*Counsel for Plaintiff*

TOMAS PAPADOPOLOUS AND AUTO SPORT DESIGN, INC. (Defendants)

BY: /s/ Travis F. Salisbury
Travis F. Salisbury
Michael G. Charapp (VSB No. 14329)
mcharapp@cwattorneys.com
Brad D. Weiss (VSB No. 22389)
Brad.weiss@cwattorneys.com
Travis F. Salisbury (VSB No. 91044)
Travis.Salisbury@cwattorneys.com
**Charapp & Weiss, LLP**
8180 Greensboro Drive, Suite 100
McLean Virginia 22102
703-564-0220 (office)
*Local Counsel for Defendants*

/s/ Steven H. Blatt
Steven H. Blatt, Esq. (*Pro Hac Vice*)
SBlatt@dealerlaw.com
**Bellavia Blatt, PC**
200 Old Country Road, Suite 400
Mineola, NY 11501
P: (516) 873-3000
F: (516) 873-9032
*Counsel for Defendants*